AUSA: Rawsthorne Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Smith, USSS Telephone: (989) 497-0580

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
James Michael Dewaelsche,

Case No.4:26-mj-30619

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 7, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871 | Threats against the President and successors to the Presidency |

This criminal complaint is based on these facts:

There is probable cause that on or about September 7, 2026, James Michael Dewaelsche, was making threatening statements against the President of the United States, and successors to the Presidency, in violation of 18 U.S. C. § 871.

☑ Continued on the attached sheet.

*Complainant's signature*

Zachary Smith, Special Agent, USSS

*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: October 2, 2026

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Zachary Smith, being first duly sworn on oath, state that:

1. I am a Special Agent with the United States Secret Service (USSS) currently assigned to the Saginaw Resident Office. I have been so employed in this capacity since 2024. My duties and responsibilities as a Special Agent include investigating violations of the United States Criminal Code. I have participated in multiple criminal investigations involving threats against the President of the United States and threats of violence communicated over the internet directed to those persons and facilities designated for protection by USSS.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for James Michael Dewaelsche, date of birth (DOB) of XX/XX/1993, for violations of 18 U.S.C. § 871 (Threats against the President and successors to the Presidency).

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause that DEWAELSCHE committed the above-listed offense. This affidavit does not contain all details or all facts of which I am aware relating to this investigation.

## PROBABLE CAUSE

4. On September 7, 2026, investigators from the United States Secret Service (USSS) became aware of an individual using the social media platform X.com, formerly known as Twitter, to post several threatening statements online via the X.com user account "Child Rapist/@ChildRapper6969" (hereafter The Account). The threats made by The Account on the X.com website (www.X.com) include statements concerning the killing of the President of the United States and his family and the bombing of US government buildings.

5. Law enforcement investigators reviewed The Account's online messaging activity on X.com and observed the following statements which were posted on September 7, 2026:









6. Based on the nature of these statements, investigators obtained subscriber information from X Corporation, discovering that the email address "Childrapistkiller@yahoo.com" was the creation email for The Account.

7. Investigators then attempted to obtain the subscriber information of the email "Childrapistkiller@yahoo.com and were provided the following IP addresses, 2600:1702:3770:2340:60dd:cc7e:2824:b591 and 2600:1702:3770:2340:c12c:3112:d1ae:4350. These are residential IP addresses owned by AT&T Internet.

8. Investigators obtained subscriber information from AT&T Internet for the IP addresses 2600:1702:3770:2340:60dd:cc7e:2824:b591 and 2600:1702:3770:2340:c12c:3112:d1ae:4350, which revealed the account subscriber to be James DEWAELSCHE and an address of **** Belsay Road, Grand Blanc, MI 48439.

9. Investigators searched public and proprietary law enforcement databases for James DEWAELSCHE. The search inquiry returned an individual named James Michael DEWAELSCHE, date of birth XX/XX/1993, who was of record with the USSS for interactions involving threats made towards President Trump and President Biden in 2018 and 2024.

10. Furthermore, on September 8, 2026, I, along with Special Agent Brady Eding, interviewed DEWAELSCHE at his residence in Grand Blanc, MI, where DEWAELSCHE admitted to making threats on X.com. DEWAELSCHE also stated he was aware that making such threats was a violation of U.S. Criminal Code and has been advised so in the past but chooses to continue making threats because he wants to be heard.

## Conclusion

11. Based on the foregoing, I submit there is probable cause to believe that on or before September 7, 2026, in the Eastern District of Michigan, DEWAELSCHE is the user of the X/Twitter account "Child Rapist/@ChildRapper6969," who made threatening statements against the President of the United States, and successors to the Presidency, in violation of 18 U.S.C. § 871.

Zachary Smith, Special Agent
United States Secret Service
Affiant

Sworn to before me and signed in my presence and/or by reliable electronic means on October 2, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge